## MAGISTRATE JUDGE JOHN T. RODGERS

### 2:15-CR-0005-TOR-1
### USA v KENNETH BROWN

## ARRAIGNMENT / INITIAL APPEARANCE: 1/26/15

| | | | |
|---|---|---|---|
| [ X ] | **Honorable John T. Rodgers** | [ X ] | **Matt Duggan, USAtty** |
| [ X ] | **Melissa Orosco, Courtroom Deputy** | [ X ] | **Bob Fischer,  Federal Defender** |
| [ X ] | **Stephanie Cherney, Pretrial / Probation** | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Remarks

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Indictment.  Based on the information contained in the Financial Affidavit, the Court appointed the Federal Defender to represent defendant in this matter.  "Not guilty" plea was entered.

The Government has filed a motion for detention. Defendant requested a bail hearing.  A Pretrial Services report was ordered by the Court.  Defendant was remanded to the custody of the U.S. Marshal pending further Order of the Court.


**BAIL HEARING [S/JTR]:** *January 28, 2015 at 1:30 p.m.*


FTR/S-740 * 2:50 - 2:59 pm
ARRAIGNMENT / INITIAL APPEARANCE: 1/26/15