UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# MAGISTRATE JUDGE JOHN T. RODGERS

## 2:15-CR-00005-TOR-1
## USA v KENNETH BROWN

### BAIL HEARING: 1/28/15

| [ X ] Honorable John T. Rodgers | [ X ] Stephanie Lister, USAtty |
| [ X ] Melissa Orosco, Courtroom Deputy | [ X ] Andrea George, Defense Counsel |
| [ X ] Stephanie Cherney, Pretrial / Probation | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Remarks

The Government proffered the Pretrial Services Report and is in agreement with defendant's release.

The Defendant proffered the Pretrial Services Report in support of release.

The Court ruled that conditions of release can be set that would assure defendant's future appearance. The standard conditions of release are set; additional conditions include:

1. Report to U.S. Probation immediately after release. If released after business hours, report first thing the following morning, and as often thereafter as directed.
2. No drugs, to include marijuana
3. Surrender passport
4. Not be in presence of minor children without a responsible adult who is aware of charges being present.
5. Not frequent places where minor-aged children are present, such as malls, arcades, theaters, etc.
6. Electronic Monitoring
7. Curfew from 7:30 pm to 7:00 am
8. No firearms or destructive device
9. No access to computer, family to password protect home computers
10. No contact with known or potential victims

FTR/S-740 * 2:05 – 2:16 PM

BAIL HEARING: 1/28/15