UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>KENNETH BROWN,<br><br>                              Defendant. | NO:  2:15-CR-0005-TOR<br><br>FINAL ORDER OF FORFEITURE |

On December 10, 2015, this Court entered a Preliminary Order of Forfeiture (ECF No. 54) in accordance with 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, forfeiting the following assets to the United States, subject to the provisions of 18 U.S.C. § 2253:

1) eMachines Laptop E528-2325 containing Hitachi 250GB HDD Serial Number 3SESGYZT;
2) iPhone Model A1332;
3) Kodak 1GB SD Card;
4) 16GB micro SD Card in Sandisk Adapter;
5) 1GB SD Card;
6) Lexar 128MB Memory Stick;
7) Motorola V3xx with 512 MB MicroSD Card; and
8) Emachine Desktop Computer W3503 Serial Number CRC65 100 45604.

FINAL ORDER OF FORFEITURE ~ 1

1    The time for filing petitions for the above-listed assets has expired according
2    to Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n), and incorporated by 18 U.S.C.
3    § 2253 and no petitions or claims were received or filed.  Therefore, the
4    Preliminary Order of Forfeiture (ECF No. 54) is final as to the Defendant and any
5    and all other persons or entities and the listed assets are hereby forfeited to the
6    United States and shall be disposed of in accordance with the law.

7    The District Court Executive shall enter this order and provide copies to the
8    parties.

9    DATED April 15, 2016.



THOMAS O. RICE
Chief United States District Judge

FINAL ORDER OF FORFEITURE ~ 2